AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY PLEDGER<br>a/k/a "Jaden," a/k/a "Polo B"<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 14 mj 7008 JCB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 24 and 25, 2013__ in the county of __Plymouth, Suffolk, Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 1591 | Sex Trafficking of Minors |
| 18 U.S.C. s. 1594 | Attempted Sex Trafficking of Minors |
| 18 U.S.C. s. 2423 | Transportation of Minors in Interstate Commerce for Purpose of Prostitution |

This criminal complaint is based on these facts:

see Attached Affidavit of Special Agent Lina Awad

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Lina Awad
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/09/2014

_____
Judge's signature

City and state: Boston, Massachusetts

U.S. Magistrate Judge Jennifer C. Boal
*Printed name and title*